**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>DANIEL A VANA<br>KATE L VANA<br>     Debtor(s) | Case No. 07-17666 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/27/2007.

2) The plan was confirmed on 12/18/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/24/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/03/2009.

5) The case was completed on 12/27/2012.

6) Number of months from filing to last payment: 63.

7) Number of months case was pending: 72.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $31,000.00.

10) Amount of unsecured claims discharged without payment: $38,345.10.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $98,038.05 |
| Less amount refunded to debtor | $1,125.45 |

**NET RECEIPTS:** $96,912.60

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,860.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,936.68 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $8,796.68

Attorney fees paid and disclosed by debtor: $640.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AT & T BANKRUPTCY | Unsecured | 345.32 | NA | NA | 0.00 | 0.00 |
| BANKERS LIFE & CASUALTY CO | Unsecured | 229.00 | 229.95 | 190.90 | 137.33 | 0.00 |
| BARCLAYS CAPITAL REAL ESTATE | Secured | 100,935.91 | 81,959.23 | NA | 0.00 | 0.00 |
| BARCLAYS CAPITAL REAL ESTATE | Secured | NA | 17,709.30 | 7,449.93 | 7,449.93 | 0.00 |
| CHASE BANK | Unsecured | 822.00 | 822.66 | 822.66 | 590.95 | 0.00 |
| CITICORP CREDIT SERVICES | Unsecured | 13,119.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 198.86 | 113.31 | 113.31 | 81.40 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 2,297.00 | 2,297.30 | 2,297.30 | 1,650.24 | 0.00 |
| DISH NETWORK | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 59.35 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 456.00 | 456.57 | 456.57 | 327.97 | 0.00 |
| HOMEQ SERVICING | Secured | 21,114.00 | 21,204.67 | 6,778.20 | 6,778.20 | 0.00 |
| HOMEQ SERVICING | Secured | NA | 3,049.05 | 1,200.00 | 1,200.00 | 0.00 |
| ISAC | Priority | 9,334.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Priority | 5,288.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Priority | 5,288.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Priority | 3,466.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Priority | 1,158.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Priority | 1,158.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 28,670.00 | 34,559.81 | 34,559.81 | 24,825.74 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 2,609.00 | 1,817.83 | 1,817.83 | 1,305.82 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 757.00 | 533.53 | 533.53 | 383.26 | 0.00 |
| KENTON CONDO ASSOC | Secured | NA | 0.00 | 360.00 | 360.00 | 0.00 |
| KENTON CONDO ASSOC | Secured | 360.00 | 0.00 | 2,465.67 | 2,465.67 | 0.00 |
| KIM & CALVERT MD SC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| MARSHALL FIELDS | Unsecured | 493.43 | NA | NA | 0.00 | 0.00 |
| MATERNAL FETAL MEDICINE | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| MATERNAL FETAL MEDICINE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MATERNAL FETAL MEDICINE CONSI | Unsecured | 200.40 | NA | NA | 0.00 | 0.00 |
| MBNA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NCO PORTFOLIO MANAGEMENT | Unsecured | 568.00 | 568.79 | 568.79 | 408.58 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NORTHLAND GROUP | Unsecured | 395.49 | NA | NA | 0.00 | 0.00 |
| PALOS ANESTHESIA ASSOCS~ | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| PALOS EMERGENCY MEDICAL SERV | Unsecured | 12.80 | NA | NA | 0.00 | 0.00 |
| PALOS PATHOLOGY ASSOCIATES | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| PERFORMANCE CAPITAL MANAGEM | Unsecured | 720.00 | 720.01 | 720.01 | 517.21 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 13,861.95 | 13,119.24 | 13,119.24 | 9,424.09 | 0.00 |
| PRIMARY HEALTH ASSOCIATES | Unsecured | 654.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL FEE FINANCING | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| PYOD LLC | Unsecured | 12,369.00 | 7,899.65 | 7,899.65 | 5,674.65 | 0.00 |
| QUEST DIAGNOSTIC | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY & NUCLEAR CONS LTD | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING CORP | Unsecured | 7,590.00 | 7,675.98 | 7,675.98 | 5,513.97 | 0.00 |
| T-MOBILE BANKRUPTCY | Unsecured | 207.72 | NA | NA | 0.00 | 0.00 |
| WILLIS CORROON CREDIT UNION | Unsecured | 520.00 | 0.00 | 1,392.52 | 1,000.30 | 0.00 |
| WILLIS CORROON CREDIT UNION | Secured | 15,250.00 | 16,642.52 | 15,250.00 | 15,250.00 | 2,770.61 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $9,243.87 | $9,243.87 | $0.00 |
| Mortgage Arrearage | $9,009.93 | $9,009.93 | $0.00 |
| Debt Secured by Vehicle | $15,250.00 | $15,250.00 | $2,770.61 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$33,503.80** | **$33,503.80** | **$2,770.61** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$72,168.10** | **$51,841.51** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $8,796.68 |
| Disbursements to Creditors | $88,115.92 |
| **TOTAL DISBURSEMENTS** : | **$96,912.60** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/02/2013                                  By: /s/ Tom Vaughn
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**